| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1** <br> **SIMPSON THACHER & BARTLETT LLP** <br> 425 Lexington Avenue <br> New York, NY 10017 <br> (212) 455-2000 <br> (212) 455-2502 Facsimile <br> Nicholas E. Baker, Esq. (*pro hac vice* pending) <br> (nbaker@stblaw.com) <br> Sandeep Qusba, Esq. (*pro hac vice* pending) <br> (squsba@stblaw.com) <br> Philip L. DiDonato, Esq. (*pro hac vice* pending) <br> (philip.didonato@stblaw.com) <br><br> -and- <br><br> **PORZIO, BROMBERG & NEWMAN, P.C.** <br> 100 Southgate Parkway <br> P.O. Box 1997 <br> Morristown, NJ 07962 <br> (973) 538-4006 <br> (973) 538-5146 Facsimile <br> Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com) <br> Rachel A. Parisi, Esq. (raparisi@pbnlaw.com) <br><br> *Counsel to Royal Bank of Canada* |

| | |
|---|---|
| *In re* | Chapter 11 |
| THRASIO HOLDINGS INC, *et al.,* | Case No. 24-11840 (CMG) |
| Debtors.[1] | (Joint Administration Requested) |

### APPLICATION FOR ADMISSION *PRO HAC VICE* PURSUANT TO
### D.N.J. L. CIV. R. 101.1 AND D.N.J. LBR 9010-1

Warren J. Martin Jr. (the "Movant"), a member in good standing of the bar of New Jersey,

pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District

---

[1] The last four digits of Debtor Thrasio Holdings, Inc.'s tax identification number are 8327. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/Thrasio. The Debtors' service address for purposes of these chapter 11 cases is 85 West Street, 3rd Floor, Walpole, MA, 02081.

7634818

of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, hereby seeks entry of an order granting the admission *pro hac vice* of Nicholas E. Baker of the law firm of Simpson Thacher & Bartlett LLP, to represent Royal Bank of Canada in the above-captioned chapter 11 cases (the "Application").

In support of this Application, the Movant submits the attached Certification of Nicholas E. Baker and requests that the proposed form of order submitted herewith be entered.

Dated: February 28, 2024　　　　　　　　　　Respectfully submitted,

**PORZIO, BROMBERG & NEWMAN, P.C.**

*/s/ Warren J. Martin Jr.*
　　　Warren J. Martin Jr.

7634818