Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>In re:<br><br>THRASIO HOLDINGS, INC., *et al.*,<br><br>                                    Debtors.[1] | Chapter 11<br><br>Case No. 24-11840 (CMG)<br><br>(Joint Administration Requested) |

**Order Filed on February 28, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# ORDER REGARDING DEBTORS' APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

The relief set forth on the following pages, numbered three (3) through five (5) is hereby **ORDERED**.

**DATED: February 28, 2024**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

---

[1] The last four digits of Debtor Thrasio Holdings, Inc.'s tax identification number are 8327. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/Thrasio. The Debtors' service address for purposes of these chapter 11 cases is 85 West Street, 3rd Floor, Walpole, MA, 02081.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (*pro hac vice* pending)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
anup.sathy@kirkland.com

-and-

Matthew C. Fagen, P.C. (*pro hac vice* pending)
Francis Petrie (*pro hac vice* pending)
Evan Swager (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
matthew.fagen@kirkland.com
francis.petrie@kirkland.com
evan.swager@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Jacob S. Frumkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
jfrumkin@coleschotz.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | THRASIO HOLDINGS, INC., *et al.* |
| Case No. | 24-11840 (CMG) |
| Caption of Order: | ORDER REGARDING DEBTORS' APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS |

After review of the *Debtors' Application for Expedited Consideration of First Day Matters* (the "Application"),[2] and for good cause shown;

**IT IS HEREBY ORDERED THAT**:

1. The Application is **GRANTED** as set forth herein.

2. The following application and motions (collectively, the "Motions") are scheduled for hearing before the Honorable Christine M. Gravelle, United States Bankruptcy Court on the date(s) and time(s) set forth below. Please be advised the First Day Matters will be conducted entirely remotely via Zoom. To present remote argument, counsel must register with the Court by submitting an email to Chambers (chambers_of_cmg@njb.uscourts.gov) indicating the name of the person appearing, their email address, their affiliation, and who they represent/interest in this case. Please refer to the Debtors' restructuring website—made available through the proposed Claims and Noticing Agent, Kurtzman Carson Consultants LLC—for Zoom information to observe the First Day Hearings and for information relating to future hearings: https://www.kccllc.net/Thrasio.

| | Motion | Hearing Date and Time |
|---|---|---|
| 1. | Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases | March 1, 2024 at 10:00AM |
| 2. | Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain Existing Business Forms, and (IV) Perform Intercompany Transactions | March 1, 2024 at 10:00AM |
| 3. | Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Maintain Insurance and Surety Coverage Entered | March 1, 2024 at 10:00AM |

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

66967/0001-47196889v1

(Page | 4)
Debtors: THRASIO HOLDINGS, INC., *et al.*
Case No. 24-11840 (CMG)
Caption of Order: ORDER REGARDING DEBTORS' APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

|  |  |  |
|---|---|---|
|  | Into Prepetition and Pay Related Prepetition Obligations, (II) Continue to Pay Certain Brokerage Fees, (III) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (IV) Enter into New Financing Agreements in the Ordinary Course of Business |  |
| 4. | Debtors' Application for Entry of an Order Authorizing the Appointment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent Effective as of the Petition Date | March 1, 2024 at 10:00AM |
| 5. | Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of the Debtors' 30 Largest Unsecured Creditors, (B) File a Consolidated List of Creditors In Lieu of Submitting a Separate Mailing Matrix for Each Debtor, and (C) Redact Certain Personally Identifiable Information, (II) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information, and (III) Waiving the Requirement to File a List of Equity Security Holders | March 1, 2024 at 10:00AM |
| 6. | Debtors' Motion for Entry of an Order Establishing Certain Notice, Case Management, and Administrative Procedures | March 1, 2024 at 10:00AM |
| 7. | Debtors' Motion For Entry of an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs | March 1, 2024 at 10:00AM |
| 8. | Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (II) Continue Employee Benefits Programs | March 1, 2024 at 10:00AM |
| 9. | Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Lien Claimants, (B) Foreign Vendors, (C) 503(B)(9) Claimants, and (D) Critical Vendors, and (II) Confirming Administrative Expense Priority of Outstanding Orders | March 1, 2024 at 10:00AM |
| 10. | Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue Utilizing Amazon Services in the Ordinary Course of Business and (II) Honor Any Obligations with Respect Thereto | March 1, 2024 at 10:00AM |
| 11. | Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Maintain and Administer Their Existing Customer Programs and (II) Honor Certain Prepetition Obligations Related Thereto | March 1, 2024 at 10:00AM |
| 12. | Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (III) Approving the | March 1, 2024 at 10:00AM |

(Page | 5)
Debtors: THRASIO HOLDINGS, INC., *et al.*
Case No. 24-11840 (CMG)
Caption of Order: ORDER REGARDING DEBTORS' APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

|  | | |
|---|---|---|
|  | Debtors' Proposed Procedures for Resolving Adequate Assurance Requests |  |
| 13. | Debtors' Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and Preferred Stock | March 1, 2024 at 10:00AM |
| 14. | Debtors' Motion for Entry of Interim and Final Orders Authorizing the Payment of Certain Taxes and Fees | March 1, 2024 at 10:00AM |
| 15. | Debtors' Motion for Entry of an Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and Ipso Facto Protections of the Bankruptcy Code, and (II) Approving the Form and Manner of Notice | March 1, 2024 at 10:00AM |
| 16. | Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing | March 1, 2024 at 10:00AM |
| 17. | Debtors' Motion for Entry of an Order Establishing a Record Date for Potential Notice and Sell-Down Procedures for Trading in Certain Claims Against the Debtors' Estates | March 1, 2024 at 10:00AM |

3. Objections and/or responses to the Motions, if any, may be made at the hearing pursuant to Local Rule 9013-5(d).

4. Any party may move for modification of this Order in accordance with Local Rule 9013-5(e).

5. A true copy of this Order shall be served on all required parties pursuant to Local Rule 9013-5(f).

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.