**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman, Esq. (*pro hac vice* pending)
Cindi M. Giglio, Esq. (*pro hac vice* pending)
Lucy F. Kweskin, Esq. (*pro hac vice* pending*)*
Grace A. Thompson, Esq. (N.J. Bar No. 294072022)
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

-and-

Robert T. Smith, Esq. (*pro hac vice* pending)
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3404
Telephone: (202) 625-3616
Facsimile: (202) 298-7570

*Attorneys for the Disinterested Directors of*
*Thrasio Holdings, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| THRASIO HOLDINGS, INC., *et al.,* | Case No. 24-11840 (CMG) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-referenced chapter 11 cases on behalf of Anthony R. Horton and Stefan Selig, in their capacity as disinterested directors of Thrasio Holdings, Inc. (the "Disinterested Directors") and, pursuant to Rules 2002,

---

[1] The last four digits of Debtor Thrasio Holdings, Inc.'s tax identification number are 8327. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/Thrasio. The Debtors' service address in these chapter 11 cases is 85 West Street, 3rd Floor, Walpole, MA, 02081.

9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices and pleadings given or required to be given in this case, and all papers served or required to be served in this case, be delivered and served upon the undersigned attorneys at the following address, telephone and email addresses, and further requests to be added to the master service list established in this case:

Steven J. Reisman, Esq.
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8700
Email: sreisman@katten.com

- and -

Cindi M. Giglio, Esq.
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-3828
Email: cgiglio@katten.com

- and –

Lucy F. Kweskin, Esq.
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-7035
Email: lucy.kweskin@katten.com

- and –

Grace A. Thompson, Esq.
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-6634
Email: grace.thompson@katten.com

- and –

          Robert T. Smith, Esq.
**KATTEN MUCHIN ROSENMAN LLP**
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3404
Telephone: (202) 625-3616
Email: robert.smith1@katten.com

**PLEASE TAKE FURTHER NOTICE** that that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the above-referenced Bankruptcy Rules and the Bankruptcy Code, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States overnight or electronic mail, facsimile, courier, telephone, otherwise in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices and Papers (the "Notice"), nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions,

defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: March 7, 2024

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

 */s/ Grace A. Thompson*
Grace A. Thompson (N.J. Bar No. 294072022)
Steven J. Reisman (*pro hac vice* admission pending)
Cindi M. Giglio (*pro hac vice* admission pending)
Lucy F. Kweskin (*pro hac vice* admission pending)
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
E-mail:  sreisman@katten.com
            cgiglio@katten.com
            lucy.kweskin@katten.com
            grace.thompson@katten.com

-and-

Robert T. Smith (*pro hac vice* admission pending)
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3404
Telephone: (202) 625-3616
Facsimile: (202) 298-7570
Email:   robert.smith1@katten.com

*Attorneys for the Disinterested Directors of Thrasio Holdings, Inc.*