**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

Caption in Compliance with D.N.J. LBR 9004-1(b)
John W. Weiss
**PASHMAN STEIN WALDER HAYDEN, P.C.**
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
(201) 488-8200
jweiss@pashmanstein.com

*Counsel for Your Home Goods, Inc.*

---

| | |
|---|---|
| In re: | Chapter 11 |
| THRASIO HOLDINGS, INC., *et al.* | Case No. 24-11840 (CMG) |
| Debtors.[1] | (Jointly Administered) |

### APPLICATION FOR ADMISSION PRO HAC VICE FOR HENRY J. JAFFE

To: The Honorable Christine M. Gravelle

Your Home Goods, Inc. by and through their undersigned counsel, make this application for entry of an order approving admission of attorney Henry J. Jaffe, ("Mr. Jaffe") *pro hac vice*, pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of New Jersey and Local Civil Rule 101.1 of the Untied States District Court for the District of New Jersey (the "Application"), and in support thereof respectively avers as follows:

1. Mr. Jaffe is a partner of the law firm of Pashman Stein Walder Hayden, P.C., with his office located at 1007 North Orange Street, 4th Floor, Suite 183, Wilmington, DE 19801. Mr.

---

[1] The last four digits of Debtor Thrasio Holdings, Inc.'s tax identification number are 8327. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/Thrasio. The Debtors' service address in these chapter 11 cases is 85 West Street, 3rd Floor, Walpole, MA, 02081.

Jaffe's telephone number is (302) 592-6496, and his facsimile number is (201) 488-5556. Mr. Jaffe's email address is hjaffe@pashmanstein.com.

2. Mr. Jaffe is a member in good standing of the bars of the State of Delaware (admitted in 1991) and the Commonwealth of Pennsylvania (admitted in 1995). Further, Mr. Jaffe is a member in good standing in, and is admitted to practice before, the United States District Court for the District of Delaware (admitted in 1992); the United States District Court for the Eastern District of Pennsylvania (admitted in 1995); and the United States District Court for the Middle District of Pennsylvania (admitted in 2001).

3. Mr. Jaffe is not under suspension or disbarment by any court.

4. Mr. Jaffe desires to appear in these cases pro hac vice on behalf of Your Home Goods, Inc.

5. The statements made in paragraphs 1 through 4 of this Application are made in reliance upon the Certification of Henry J. Jaffe, submitted therewith, and upon Mr. Jaffe's personal knowledge.

6. In accordance with Local Bankruptcy Rule 9010-1 and Local Civil Rule 101.1, John W. Weiss, or other Pashman attorney who is a member of this bar, shall continue to appear as counsel of record for Your Home Goods, Inc.

WHEREFORE, Your Home Goods, Inc. respectfully requests entry of an order in the form attached hereto granting the admission *pro hac vice* of Henry J. Jaffe, Esq. of Pashman Stein Walder Hayden, P.C., to appear and participate in the above-captioned cases before this Court.

Dated: March 12, 2024

/s/ John W. Weiss
John W. Weiss
PASHMAN STEIN WALDER HAYDEN, P.C.
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Telephone: (732) 852-2481
Facsimile: (732) 852-2482
Email: jweiss@pashmanstein.com

*Counsel for Your Home Goods, Inc.*