**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
anup.sathy@kirkland.com

-and-

Matthew C. Fagen, P.C. (admitted *pro hac vice*)
Francis Petrie (admitted *pro hac vice*)
Evan Swager (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
matthew.fagen@kirkland.com
francis.petrie@kirkland.com
evan.swager@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Jacob S. Frumkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
jfrumkin@coleschotz.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>THRASIO HOLDINGS, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11840 (CMG)<br><br>(Jointly Administered) |

**DECLARATION OF JAMES LEE**
**WITH RESPECT TO THE TABULATION OF VOTES ON THE**
**JOINT PLAN OF REORGANIZATION OF THRASIO HOLDINGS, INC. AND ITS**
**DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

     I, James Lee, depose and say under the penalty of perjury:

---

[1]     The last four digits of Debtor Thrasio Holdings, Inc.'s tax identification number are 8327. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/Thrasio. The Debtors' service address for purposes of these chapter 11 cases is 85 West Street, 3rd Floor, Walpole, MA, 02081.

1.      I am a Vice President of Public Securities Services employed by Kurtzman Carson

Consultants LLC ("KCC"), whose main business address is 222 North Pacific Coast Highway,

3rd Floor, El Segundo, California 90245.  I am above eighteen years of age, and I am competent to

testify.  Except as otherwise noted, all facts set forth herein are based on my personal knowledge,

knowledge that I acquired from individuals under my supervision, and my review of relevant

documents.  I am authorized to submit this declaration (the "Declaration") on behalf of KCC.  If I

were called to testify, I could and would testify competently as to the facts set forth herein.

2.      Adam J. Gorman, Director of Corporate Restructuring Services for KCC, also

assisted in the service and tabulation described herein.

3.      I submit this Declaration regarding the solicitation of votes and the tabulation of

Ballots cast on the *Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates*

*Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 398] (as may be further revised,

supplemented, modified and/or amended from time to time, the "Plan").

4.      The Court authorized KCC's retention (a) as claims and noticing agent to the Debtors

on March 1, 2024, pursuant to the *Order Authorizing the Appointment of Kurtzman Carson*

*Consultants LLC as Claims and Noticing Agent Effective as of the Petition Date* [Docket No. 65]

and (b) as administrative advisor to the Debtors on May 13, 2024, pursuant to the *Order Authorizing*

*the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor*

*Effective as of the Petition Date* [Docket No. 747] (together, the "Retention Orders").  The Retention

Orders authorize KCC to assist the Debtors with, among other things, the service of solicitation

materials and tabulation of votes cast to accept or reject the Plan.  KCC and its employees have

considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

5.      On April 18, 2024, the Court entered the *Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto* [Docket No. 399] (the "Disclosure Statement Order"),[2] establishing, among other things, the Solicitation and Voting Procedures.  KCC adhered to the procedures outlined in the Disclosure Statement Order and caused the solicitation packages (the "Solicitation Packages") to be distributed to parties entitled to vote on the Plan.  I supervised the solicitation and tabulation performed by KCC's employees.

**A.      Service and Transmittal of Solicitation Packages and Related Information**.

6.      Pursuant to the Disclosure Statement Order, on April 22, 2024, and from time to time thereafter[3], KCC caused the Solicitation Package to be served on all known Holders of Claims in Class 3 (First Lien Claims) and Class 4 (General Unsecured Claims) (together, the "Voting Classes").  The following materials constitute the Solicitation Package distributed to Holders of Claims in the Voting Classes:  (a) the Solicitation and Voting Procedures; (b) the applicable form of Ballot, together with detailed voting instructions, and instructions on how to submit the Ballot; (c) the cover letter, which urges Holders of Claims in each of the Voting Classes to vote to accept the Plan; (d) the notice of the Confirmation Hearing (the "Confirmation Hearing Notice"); (e) the Disclosure Statement (and exhibits thereto, including the Plan); (f) the Disclosure Statement Order (without exhibits); (g) a pre-addressed, postage pre-paid reply envelope; (h) the Recommendation of the Official Committee of Unsecured Creditors to Vote and Reject the Plan and Opt Out of the

---

[2]   Capitalized terms used but not defined herein have the meanings ascribed to them in the Plan or the Disclosure Statement Order, as applicable.

[3]   Between April 23, 2024, and May 9, 2024, KCC caused to be served supplemental Solicitation Packages on Holders of Claims entitled to vote who filed claims after the Voting Record Date, but on or before the General Bar Date.

Third-Party Releases;[4] and (i) any additional documents that the Bankruptcy Court has ordered to be made available.

7.        In lieu of a Solicitation Package, all known Holders of Claims and Interests in Class 1 (Other Secured Claims), Class 2 (Other Priority Claims), Class 5 (Series X Redeemable Preferred Stock Interests), Class 6 (Series D Preferred Stock Interests), Class 7 (Series C Preferred Stock Interests), Class 8 (Series B Preferred Stock Interests), Class 9 (Series A Preferred Stock Interests), Class 10 (Series Seed Preferred Stock Interests), and Class 11 (Common Stock Interests) (collectively, the "Non-Voting Classes"), received a Notice of Non-Voting Status and Opt Out Form. Furthermore, KCC caused the Confirmation Hearing Notice to be served on all known Holders of Claims or Interests and the 2002 List (regardless of whether such parties are entitled to vote on the Plan) and all other parties required to receive such notice pursuant to the Disclosure Statement Order. A *Certificate of Service* evidencing the completion of solicitation was filed with the Court on May 2, 2024 [Docket No. 700] and May 13, 2024 [Docket No. 750].

8.        On April 22, 2024, KCC posted links to the electronic versions of the Plan, Disclosure Statement, the Disclosure Statement Order, the Cover Letter, the Solicitation and Voting Procedures, the Notice of Non-Voting Status, and the Confirmation Hearing Notice on the public access website at www.kccllc.net/Thrasio.

9.        On April 25, 2024, the Publication Notice was published in *The New York Times* (national edition).   The *Proof of Publication*, an affidavit evidencing the publication of the Publication Notice, was filed with the Court on April 29, 2024 [Docket No. 441].

---

[4]   On June 4, 2024, KCC caused to be served via email and first class mail, on Holders of Class 4 General Unsecured Claims, the Recommendation of the Official Committee of Unsecured Creditors to Vote and Accept the Amended Plan.

10.      KCC also forwarded Solicitation Packages and Confirmation Hearing Notices to voting and creditor matrix parties, as applicable, whose packages were returned with a forwarding address or if an alternate address was available.  The supplemental certificates of service evidencing the foregoing were filed with the Court on May 6, 2024 [Docket No. 719] (together with certificates of service filed on May 2, 2024, and May 13, 2024, the "Solicitation Certificates").

**B.       The Tabulation Process**.

11.      The Disclosure Statement Order established April 1, 2024, as the Voting Record Date to determine which Holders of Claims and Interests were entitled to receive the Solicitation Package or the Notice of Non-Voting Status and an Opt Out Form, as applicable.  Pursuant to the Disclosure Statement Order, Holders of Claims in Class 3 (First Lien Claims) and Class 4 (General Unsecured Claims) were entitled to vote to accept or reject the Plan.  No other Classes were entitled to vote on the Plan.

12.      In accordance with the Solicitation and Voting Procedures, KCC worked closely with the Debtors' advisors to identify the Holders of Claims in the Voting Classes entitled to vote as of the Voting Record Date, and to coordinate the distribution of Solicitation Packages to such Holders. Furthermore, KCC sent ballots to three (3) additional Holders of Claims in the Voting Classes that were not listed on the Debtors' schedules and statements of financial affairs and who did not file proofs of claims.  These Holders of Claims were not required to submit proofs of claims pursuant to the  *Order (I) Setting Bar Dates for Submitting Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing an Amended Schedules Bar Date and a Rejection Damages Bar Date, (III) Approving the Form, Manner, and Procedures for Filing Proofs of Claim, and (IV) Approving Notice Thereof* [Docket No. 292].  A detailed description of KCC's distribution of Solicitation Packages is set forth in the Solicitation Certificates.

13.     In accordance with the Solicitation and Voting Procedures, KCC received, reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Plan.  Each Ballot submitted to KCC was date-stamped, scanned, assigned a Ballot number, entered into KCC's voting database, and processed.  To be included in the tabulation results as valid, a Ballot must have been (a) properly completed pursuant to the Solicitation and Voting Procedures, (b) executed by the relevant Holder entitled to vote on the Plan (or such Holder's representative), (c) returned to KCC via an approved method of delivery set forth in the Solicitation and Voting Procedures unless the delivery method requirement was waived by the Debtors,[5] and (d) received by KCC on or before June 5, 2024, at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline")[6].  KCC completed its final tabulation of the Ballots on June 7, 2024, following a complete review and audit of all Ballots received.

14.     The final tabulation of votes cast by timely (unless the Debtors directed KCC to count a Ballot received after the Voting Deadline) and properly completed Ballots received by KCC is attached hereto as **Exhibit A** and set forth below:

| Total Ballots Received | | | |
|---|---|---|---|
| Accept | | Reject | |
| **Number** **(% of Number)** | **Amounts** **(% of Amount)** | **Number** **(% of Number)** | **Amount** **(% of Amount)** |
| **Class 3 – First Lien Claims** | | | |
| 153 *(100%)* | $854,880,426.26 *(100%)* | 0 *(0%)* | $0.00 *(0%)* |
| **Class 4 – General Unsecured Claims** | | | |
| 169 *(92.35%)* | $382,043,092.30 *(99.22%)* | 14 *(7.65%)* | $3,014,172.61 $*(0.78%)* |

---

[5]   The Debtors have made certain exceptions to allow  Holders of Claims in the Voting Classes to submit their Ballots to KCC via email.

[6]   The Voting Deadline for members of the Official Committee of Unsecured Creditors was extend to June 7, 2024, at 12:00 p.m. (prevailing Eastern Time) by agreement of the parties.

C.      **Ballots That Were Not Counted**.

15.      A report of any Ballots from parties in the Voting Classes excluded from the final tabulation, and the reasons for exclusion of such Ballots, is attached hereto as **<u>Exhibit B</u>**.  All such Ballots were not counted because they did not satisfy the requirements for a valid Ballot set forth in the Disclosure Statement Order.

D.      **Opt Out Election**.

16.      KCC also reviewed and documented elections recorded on (i) the Ballots from Holders of Claims in the Voting Classes that abstained or rejected the Plan and checked the box on such Ballot to opt out of the Third-Party Releases and (ii) the Opt Out Forms from non-voting Holders of Claims and Interests.  A report of all Entities who opted out of the Third-Party Releases by checking the opt out box on the Opt Out Form or checked the opt out box and abstained or rejected the Plan on their Ballot is attached hereto as **<u>Exhibit C</u>**.  As further detailed in **<u>Exhibit C</u>**, the opt out process proved successful based on the participation rates among the Voting Classes and Non-Voting Classes.  Notably, twenty-three (23) Holders of Class 4 Claims, holding approximately $18.6 million, and forty-three (43) Holders of Interests in the Non-Voting Classes elected to opt out of the Third-Party Releases.  For the avoidance of doubt, this Declaration does not certify the validity or enforceability of any opt out elections received, including those reported on **<u>Exhibit B</u>**, but rather is providing these opt out election results for reporting and informational purposes only.

*[Remainder of page left intentionally blank]*

To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true.

Dated: June 7, 2024

_/s/ James Lee_
James Lee
Vice President
Kurtzman Carson Consultants LLC

# Exhibit A

Exhibit D

Ballot Tabulation Summary

| Class Name | Class Description | Not Tabulated | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % $ Accepted | % $ Rejected | Class Accepted or Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | First Lien Claims | 0 | 153 | 153 | 0 | 100.00 | 0.00 | $854,880,426.26 | $854,880,426.26 | $0.00 | 100.00 | 0.00 | Accepted |
| 4 | General Unsecured Claims (Lenders) | 0 | 153 | 153 | 0 | 100.00 | 0.00 | $355,005,955.98 | $355,005,955.98 | $0.00 | 100.00 | 0.00 | See below |
| 4 | General Unsecured Claims | 1 | 30 | 16 | 14 | 53.33 | 46.67 | $30,051,308.93 | $27,037,136.32 | $3,014,172.61 | 89.97 | 10.03 | See below |
| Class 4 General Unsecured Claims Total | | 1 | 183 | 169 | 14 | 92.35 | 7.65 | $385,057,264.91 | $382,043,092.30 | $3,014,172.61 | 99.22 | 0.78 | Accepted |

Exhibit A Page

Class 3 Ballot Detail
(First Lien Claims)

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Name on File: ID 15463071 | 05/13/2024 | 221 | $1,891,153.88 | Accept |
| Name on File: ID 15462960 | 05/10/2024 | 189 | $10,808,211.14 | Accept |
| Name on File: ID 15462963 | 05/10/2024 | 188 | $495,413.72 | Accept |
| Name on File: ID 15462964 | 05/10/2024 | 197 | $9,870,481.42 | Accept |
| Name on File: ID 15462956 | 05/10/2024 | 196 | $13,400,872.82 | Accept |
| Name on File: ID 15462965 | 06/05/2024 | 383 | $13,220,933.15 | Accept |
| Name on File: ID 15462966 | 05/08/2024 | 168 | $13,220,933.15 | Accept |
| Name on File: ID 15462959 | 05/10/2024 | 195 | $495,413.73 | Accept |
| Name on File: ID 15462962 | 05/10/2024 | 194 | $1,672,021.38 | Accept |
| Name on File: ID 15462955 | 05/10/2024 | 193 | $3,033,856.66 | Accept |
| Name on File: ID 15462974 | 05/15/2024 | 281 | $2,305,589.91 | Accept |
| Name on File: ID 15462968 | 05/15/2024 | 283 | $11,200,423.42 | Accept |
| Name on File: ID 15462969 | 05/15/2024 | 282 | $3,234,726.37 | Accept |
| Name on File: ID 15462988 | 05/15/2024 | 284 | $16,073,449.14 | Accept |
| Name on File: ID 15462987 | 05/15/2024 | 285 | $6,839,238.37 | Accept |
| Name on File: ID 15462989 | 05/15/2024 | 286 | $964,232.29 | Accept |
| Name on File: ID 15462992 | 05/15/2024 | 289 | $554,042.82 | Accept |
| Name on File: ID 15462983 | 05/15/2024 | 293 | $4,578,497.65 | Accept |
| Name on File: ID 15462984 | 05/15/2024 | 287 | $5,017,340.31 | Accept |
| Name on File: ID 15462985 | 05/15/2024 | 288 | $1,830,062.03 | Accept |
| Name on File: ID 15462986 | 05/15/2024 | 290 | $4,553,540.06 | Accept |
| Name on File: ID 15462975 | 05/15/2024 | 292 | $3,871,886.71 | Accept |
| Name on File: ID 15462990 | 05/15/2024 | 291 | $8,844,693.91 | Accept |
| Name on File: ID 15462973 | 05/15/2024 | 295 | $7,075,755.19 | Accept |
| Name on File: ID 15462976 | 05/15/2024 | 294 | $929,440.90 | Accept |
| Name on File: ID 15463099 | 05/15/2024 | 277 | $7,984,273.81 | Accept |
| Name on File: ID 15463014 | 05/02/2024 | 48 | $363,877.43 | Accept |
| Name on File: ID 15463101 | 05/15/2024 | 278 | $2,123,776.61 | Accept |
| Name on File: ID 15463029 | 05/02/2024 | 49 | $4,762,048.20 | Accept |
| Name on File: ID 15463001 | 05/07/2024 | 133 | $4,687,806.11 | Accept |
| Name on File: ID 15462999 | 05/07/2024 | 134 | $1,744,145.96 | Accept |
| Name on File: ID 15463003 | 05/07/2024 | 135 | $3,184,463.08 | Accept |
| Name on File: ID 15463000 | 05/07/2024 | 136 | $1,274,823.26 | Accept |
| Name on File: ID 15462997 | 05/07/2024 | 142 | $11,276,598.27 | Accept |
| Name on File: ID 15462998 | 05/07/2024 | 143 | $2,243,725.73 | Accept |
| Name on File: ID 15463002 | 05/07/2024 | 144 | $1,075,262.85 | Accept |
| Name on File: ID 15462995 | 05/08/2024 | 171 | $26,614,245.99 | Accept |
| Name on File: ID 15463072 | 05/13/2024 | 222 | $2,665,682.85 | Accept |
| Name on File: ID 15462957 | 05/10/2024 | 192 | $500,265.77 | Accept |
| Name on File: ID 15463004 | 05/13/2024 | 216 | $21,227,266.09 | Accept |
| Name on File: ID 15463027 | 05/02/2024 | 50 | $1,765,596.60 | Accept |
| Name on File: ID 15463005 | 04/30/2024 | 13 | $6,387,419.02 | Accept |

Exhibit A

Class 3 Ballot Detail
(First Lien Claims)

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Name on File: ID 15462994 | 05/15/2024 | 296 | $4,354,356.33 | Accept |
| Name on File: ID 15462993 | 05/15/2024 | 309 | $5,878,769.04 | Accept |
| Name on File: ID 15463102 | 05/15/2024 | 279 | $530,944.14 | Accept |
| Name on File: ID 15462958 | 05/10/2024 | 190 | $3,165,143.33 | Accept |
| Name on File: ID 15463006 | 05/10/2024 | 208 | $2,714,653.08 | Accept |
| Name on File: ID 15463007 | 05/10/2024 | 209 | $2,608,196.10 | Accept |
| Name on File: ID 15463073 | 05/13/2024 | 223 | $3,130,345.48 | Accept |
| Name on File: ID 15463074 | 05/13/2024 | 224 | $62,277.35 | Accept |
| Name on File: ID 15463075 | 05/13/2024 | 225 | $53,760.82 | Accept |
| Name on File: ID 15463076 | 05/13/2024 | 220 | $151,168.93 | Accept |
| Name on File: ID 15463009 | 05/10/2024 | 177 | $42,295,725.61 | Accept |
| Name on File: ID 15463010 | 05/10/2024 | 178 | $39,180,757.82 | Accept |
| Name on File: ID 15463077 | 05/13/2024 | 226 | $100,069.57 | Accept |
| Name on File: ID 15463019 | 05/02/2024 | 60 | $1,385,898.41 | Accept |
| Name on File: ID 15463022 | 05/06/2024 | 70 | $409,593.60 | Accept |
| Name on File: ID 15463017 | 05/06/2024 | 71 | $3,164,151.62 | Accept |
| Name on File: ID 15463018 | 05/06/2024 | 72 | $949,245.49 | Accept |
| Name on File: ID 15463021 | 05/06/2024 | 73 | $2,672,124.05 | Accept |
| Name on File: ID 15463025 | 05/06/2024 | 74 | $806,858.67 | Accept |
| Name on File: ID 15463030 | 05/06/2024 | 75 | $1,487,151.26 | Accept |
| Name on File: ID 15463037 | 05/06/2024 | 76 | $7,923,035.67 | Accept |
| Name on File: ID 15463032 | 05/06/2024 | 77 | $8,721,351.13 | Accept |
| Name on File: ID 15463038 | 05/08/2024 | 115 | $594,312.15 | Accept |
| Name on File: ID 15463035 | 05/06/2024 | 78 | $949,245.48 | Accept |
| Name on File: ID 15463078 | 05/13/2024 | 227 | $1,199,966.37 | Accept |
| Name on File: ID 15463013 | 05/10/2024 | 179 | $7,167,348.27 | Accept |
| Name on File: ID 15463041 | 05/01/2024 | 33 | $4,802,785.47 | Accept |
| Name on File: ID 15463043 | 05/01/2024 | 32 | $3,282,145.39 | Accept |
| Name on File: ID 15463044 | 05/01/2024 | 31 | $4,995,337.52 | Accept |
| Name on File: ID 15463045 | 05/01/2024 | 30 | $2,118,548.61 | Accept |
| Name on File: ID 15463042 | 05/01/2024 | 29 | $1,359,668.54 | Accept |
| Name on File: ID 15463048 | 05/14/2024 | 274 | $46,914,568.59 | Accept |
| Name on File: ID 15463079 | 05/13/2024 | 228 | $345,985.22 | Accept |
| Name on File: ID 15463050 | 05/01/2024 | 42 | $15,920,449.59 | Accept |
| Name on File: ID 15462991 | 05/15/2024 | 297 | $5,718,852.89 | Accept |
| Name on File: ID 15462961 | 05/10/2024 | 191 | $1,114,680.90 | Accept |
| Name on File: ID 15463046 | 05/01/2024 | 28 | $5,021,555.85 | Accept |
| Name on File: ID 15463108 | 05/15/2024 | 298 | $7,193,527.12 | Accept |
| Name on File: ID 15463058 | 05/07/2024 | 146 | $5,285,589.25 | Accept |
| Name on File: ID 15463051 | 05/07/2024 | 147 | $2,642,794.62 | Accept |
| Name on File: ID 15463057 | 05/07/2024 | 148 | $7,047,452.32 | Accept |

Exhibit 1

Class 3 Ballot Detail
(First Lien Claims)

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Name on File: ID 15463052 | 05/07/2024 | 149 | $5,285,589.25 | Accept |
| Name on File: ID 15463056 | 05/07/2024 | 150 | $2,149,472.96 | Accept |
| Name on File: ID 15463060 | 05/07/2024 | 159 | $2,122,726.60 | Accept |
| Name on File: ID 15463061 | 05/07/2024 | 160 | $2,122,726.60 | Accept |
| Name on File: ID 15463059 | 05/07/2024 | 161 | $2,122,726.60 | Accept |
| Name on File: ID 15463062 | 05/07/2024 | 162 | $2,122,726.60 | Accept |
| Name on File: ID 15463063 | 05/07/2024 | 153 | $1,091,794.17 | Accept |
| Name on File: ID 15463064 | 05/07/2024 | 154 | $528,558.92 | Accept |
| Name on File: ID 15463054 | 05/07/2024 | 155 | $6,606,986.56 | Accept |
| Name on File: ID 15463053 | 05/07/2024 | 156 | $1,022,441.51 | Accept |
| Name on File: ID 15463065 | 05/07/2024 | 157 | $3,067,236.97 | Accept |
| Name on File: ID 15463055 | 05/07/2024 | 158 | $9,849,342.16 | Accept |
| Name on File: ID 15463024 | 05/06/2024 | 79 | $1,129,602.13 | Accept |
| Name on File: ID 15463023 | 05/06/2024 | 80 | $4,902,556.13 | Accept |
| Name on File: ID 15463100 | 05/15/2024 | 280 | $2,668,128.44 | Accept |
| Name on File: ID 15463066 | 05/01/2024 | 43 | $1,701,062.69 | Accept |
| Name on File: ID 15463067 | 05/01/2024 | 44 | $11,561,989.39 | Accept |
| Name on File: ID 15463068 | 05/01/2024 | 45 | $9,213,629.86 | Accept |
| Name on File: ID 15463069 | 05/01/2024 | 46 | $1,607,122.81 | Accept |
| Name on File: ID 15463070 | 05/01/2024 | 47 | $2,450,277.86 | Accept |
| Name on File: ID 15463080 | 05/13/2024 | 213 | $682,921.54 | Accept |
| Name on File: ID 15463081 | 05/13/2024 | 229 | $1,063,505.27 | Accept |
| Name on File: ID 15463082 | 05/13/2024 | 267 | $713,261.77 | Accept |
| Name on File: ID 15463083 | 05/13/2024 | 230 | $11,811,140.82 | Accept |
| Name on File: ID 15463084 | 05/13/2024 | 231 | $1,795,397.03 | Accept |
| Name on File: ID 15463085 | 05/13/2024 | 268 | $260,819.60 | Accept |
| Name on File: ID 15463098 | 05/13/2024 | 232 | $1,596,854.79 | Accept |
| Name on File: ID 15463086 | 05/13/2024 | 233 | $34,775,802.62 | Accept |
| Name on File: ID 15463087 | 05/13/2024 | 234 | $3,138,469.69 | Accept |
| Name on File: ID 15463088 | 05/13/2024 | 235 | $3,915,991.09 | Accept |
| Name on File: ID 15463089 | 05/13/2024 | 269 | $1,844,009.03 | Accept |
| Name on File: ID 15463090 | 05/13/2024 | 236 | $2,884,090.15 | Accept |

Class 3 Ballot Detail
(First Lien Claims)

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Name on File: ID 15463091 | 05/13/2024 | 237 | $4,717,427.66 | Accept |
| Name on File: ID 15463092 | 05/13/2024 | 261 | $3,886,091.20 | Accept |
| Name on File: ID 15463093 | 05/13/2024 | 262 | $4,250,614.89 | Accept |
| Name on File: ID 15463103 | 05/28/2024 | 352 | $1,056,525.23 | Accept |
| Name on File: ID 15463104 | 05/28/2024 | 353 | $7,984,273.81 | Accept |
| Name on File: ID 15463097 | 05/13/2024 | 263 | $16,102,349.21 | Accept |
| Name on File: ID 15463026 | 05/08/2024 | 116 | $1,439,689.00 | Accept |
| Name on File: ID 15463034 | 05/06/2024 | 81 | $1,110,237.52 | Accept |
| Name on File: ID 15463033 | 05/06/2024 | 82 | $1,110,237.53 | Accept |
| Name on File: ID 15462978 | 05/15/2024 | 299 | $2,668,797.96 | Accept |
| Name on File: ID 15463016 | 05/06/2024 | 83 | $2,183,264.62 | Accept |
| Name on File: ID 15463105 | 05/30/2024 | 356 | $16,383,915.19 | Accept |
| Name on File: ID 15462979 | 05/15/2024 | 300 | $2,668,797.96 | Accept |
| Name on File: ID 15463008 | 04/30/2024 | 15 | $10,645,698.38 | Accept |
| Name on File: ID 15463011 | 05/10/2024 | 180 | $2,710,830.37 | Accept |
| Name on File: ID 15463012 | 05/10/2024 | 181 | $1,634,872.15 | Accept |
| Name on File: ID 15463047 | 05/01/2024 | 59 | $5,034,204.62 | Accept |
| Name on File: ID 15463028 | 05/06/2024 | 100 | $3,183,263.09 | Accept |
| Name on File: ID 15463106 | 05/01/2024 | 25 | $6,387,419.01 | Accept |
| Name on File: ID 15463031 | 05/06/2024 | 101 | $4,073,560.45 | Accept |
| Name on File: ID 15463036 | 05/06/2024 | 104 | $10,028,658.34 | Accept |
| Name on File: ID 15462967 | 05/15/2024 | 276 | $35,889,149.66 | Accept |
| Name on File: ID 15463039 | 05/06/2024 | 105 | $1,757,686.22 | Accept |
| Name on File: ID 15462996 | 05/07/2024 | 145 | $4,353,390.09 | Accept |
| Name on File: ID 15463020 | 05/06/2024 | 106 | $2,230,726.90 | Accept |
| Name on File: ID 15462977 | 05/15/2024 | 301 | $7,233,097.11 | Accept |
| Name on File: ID 15462981 | 05/20/2024 | 347 | $3,279,884.64 | Accept |
| Name on File: ID 15462982 | 05/15/2024 | 302 | $6,027,324.56 | Accept |
| Name on File: ID 15462972 | 05/15/2024 | 303 | $1,167,262.58 | Accept |
| Name on File: ID 15462970 | 05/20/2024 | 346 | $13,381,140.21 | Accept |
| Name on File: ID 15462971 | 05/15/2024 | 304 | $10,277,480.91 | Accept |
| Name on File: ID 15463094 | 05/13/2024 | 264 | $1,117,266.08 | Accept |
| Name on File: ID 15463015 | 05/06/2024 | 107 | $1,091,632.31 | Accept |
| Name on File: ID 15462980 | 05/20/2024 | 345 | $2,287,541.11 | Accept |
| Name on File: ID 15463107 | 05/23/2024 | 349 | $13,220,933.15 | Accept |
| Name on File: ID 15463040 | 05/06/2024 | 108 | $2,833,886.97 | Accept |
| Name on File: ID 15463095 | 05/13/2024 | 265 | $91,258.20 | Accept |
| Name on File: ID 15463096 | 05/13/2024 | 266 | $287,196.35 | Accept |

Exhibit A-2

Class 4 Ballot Detail
(General Unsecured Claims - Lenders)

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Name on File: ID 15463071 | 05/13/2024 | 238 | $773,070.20 | Accept |
| Name on File: ID 15462960 | 05/10/2024 | 207 | $4,487,039.88 | Accept |
| Name on File: ID 15462963 | 05/10/2024 | 206 | $205,671.51 | Accept |
| Name on File: ID 15462964 | 05/10/2024 | 205 | $4,097,740.43 | Accept |
| Name on File: ID 15462956 | 05/10/2024 | 204 | $5,563,386.02 | Accept |
| Name on File: ID 15462965 | 06/05/2024 | 384 | $8,024,734.29 | Accept |
| Name on File: ID 15462966 | 05/08/2024 | 170 | $5,428,045.17 | Accept |
| Name on File: ID 15462959 | 05/10/2024 | 203 | $205,671.51 | Accept |
| Name on File: ID 15462962 | 05/10/2024 | 202 | $694,141.38 | Accept |
| Name on File: ID 15462955 | 05/10/2024 | 201 | $1,259,508.69 | Accept |
| Name on File: ID 15462974 | 05/15/2024 | 311 | $943,291.46 | Accept |
| Name on File: ID 15462968 | 05/15/2024 | 310 | $4,582,455.77 | Accept |
| Name on File: ID 15462969 | 05/15/2024 | 312 | $1,323,431.26 | Accept |
| Name on File: ID 15462988 | 05/15/2024 | 314 | $6,576,168.33 | Accept |
| Name on File: ID 15462987 | 05/15/2024 | 313 | $2,798,153.80 | Accept |
| Name on File: ID 15462989 | 05/15/2024 | 318 | $394,498.65 | Accept |
| Name on File: ID 15462992 | 05/15/2024 | 317 | $226,676.86 | Accept |
| Name on File: ID 15462983 | 05/15/2024 | 315 | $1,873,211.59 | Accept |
| Name on File: ID 15462984 | 05/15/2024 | 316 | $2,052,756.33 | Accept |
| Name on File: ID 15462985 | 05/15/2024 | 319 | $748,737.61 | Accept |
| Name on File: ID 15462986 | 05/15/2024 | 322 | $1,863,000.63 | Accept |
| Name on File: ID 15462975 | 05/15/2024 | 320 | $1,584,114.19 | Accept |
| Name on File: ID 15462990 | 05/15/2024 | 321 | $3,618,650.57 | Accept |
| Name on File: ID 15462973 | 05/15/2024 | 323 | $2,894,920.48 | Accept |
| Name on File: ID 15462976 | 05/15/2024 | 324 | $380,264.36 | Accept |
| Name on File: ID 15463099 | 05/15/2024 | 305 | $3,265,954.27 | Accept |
| Name on File: ID 15463014 | 05/02/2024 | 57 | $148,874.03 | Accept |
| Name on File: ID 15463101 | 05/15/2024 | 306 | $868,727.38 | Accept |
| Name on File: ID 15463029 | 05/02/2024 | 61 | $1,948,308.05 | Accept |
| Name on File: ID 15463001 | 05/07/2024 | 120 | $1,917,933.23 | Accept |
| Name on File: ID 15462999 | 05/07/2024 | 121 | $713,586.57 | Accept |
| Name on File: ID 15463003 | 05/07/2024 | 122 | $1,302,866.93 | Accept |
| Name on File: ID 15463000 | 05/07/2024 | 123 | $521,571.46 | Accept |
| Name on File: ID 15462997 | 05/07/2024 | 124 | $4,613,621.38 | Accept |
| Name on File: ID 15462998 | 05/07/2024 | 125 | $917,980.83 | Accept |
| Name on File: ID 15463002 | 05/07/2024 | 126 | $439,924.84 | Accept |
| Name on File: ID 15462995 | 05/08/2024 | 169 | $10,888,749.54 | Accept |
| Name on File: ID 15463072 | 05/13/2024 | 239 | $1,089,683.91 | Accept |
| Name on File: ID 15462957 | 05/10/2024 | 200 | $207,685.85 | Accept |
| Name on File: ID 15463004 | 05/13/2024 | 217 | $8,825,424.67 | Accept |
| Name on File: ID 15463027 | 05/02/2024 | 62 | $722,362.72 | Accept |
| Name on File: ID 15463005 | 04/30/2024 | 14 | $2,655,626.26 | Accept |

Class 4 Ballot Detail
(General Unsecured Claims - Lenders)

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Name on File: ID 15462994 | 05/15/2024 | 326 | $1,781,508.12 | Accept |
| Name on File: ID 15462993 | 05/15/2024 | 325 | $2,405,194.71 | Accept |
| Name on File: ID 15463102 | 05/15/2024 | 307 | $217,181.82 | Accept |
| Name on File: ID 15462958 | 05/10/2024 | 199 | $1,314,012.48 | Accept |
| Name on File: ID 15463006 | 05/10/2024 | 210 | $1,128,641.16 | Accept |
| Name on File: ID 15463007 | 05/10/2024 | 211 | $1,084,380.72 | Accept |
| Name on File: ID 15463073 | 05/13/2024 | 240 | $1,279,629.77 | Accept |
| Name on File: ID 15463074 | 05/13/2024 | 241 | $25,457.88 | Accept |
| Name on File: ID 15463075 | 05/13/2024 | 242 | $21,976.46 | Accept |
| Name on File: ID 15463076 | 05/13/2024 | 243 | $61,795.18 | Accept |
| Name on File: ID 15463009 | 05/10/2024 | 182 | $17,304,550.47 | Accept |
| Name on File: ID 15463010 | 05/10/2024 | 183 | $16,030,116.30 | Accept |
| Name on File: ID 15463077 | 05/13/2024 | 245 | $40,906.67 | Accept |
| Name on File: ID 15463019 | 05/02/2024 | 63 | $567,015.90 | Accept |
| Name on File: ID 15463022 | 05/06/2024 | 84 | $167,578.00 | Accept |
| Name on File: ID 15463017 | 05/06/2024 | 85 | $1,294,556.85 | Accept |
| Name on File: ID 15463018 | 05/06/2024 | 86 | $388,367.06 | Accept |
| Name on File: ID 15463021 | 05/06/2024 | 87 | $1,093,252.45 | Accept |
| Name on File: ID 15463025 | 05/06/2024 | 88 | $330,112.00 | Accept |
| Name on File: ID 15463030 | 05/06/2024 | 89 | $608,441.72 | Accept |
| Name on File: ID 15463037 | 05/06/2024 | 90 | $3,241,570.36 | Accept |
| Name on File: ID 15463032 | 05/08/2024 | 114 | $3,568,187.04 | Accept |
| Name on File: ID 15463038 | 05/06/2024 | 91 | $243,152.34 | Accept |
| Name on File: ID 15463035 | 05/06/2024 | 92 | $388,367.06 | Accept |
| Name on File: ID 15463078 | 05/13/2024 | 244 | $490,524.99 | Accept |
| Name on File: ID 15463013 | 05/10/2024 | 184 | $2,932,394.19 | Accept |
| Name on File: ID 15463041 | 05/01/2024 | 40 | $1,964,975.00 | Accept |
| Name on File: ID 15463043 | 05/01/2024 | 39 | $1,342,831.91 | Accept |
| Name on File: ID 15463044 | 05/01/2024 | 38 | $2,043,754.27 | Accept |
| Name on File: ID 15463045 | 05/01/2024 | 37 | $866,766.81 | Accept |
| Name on File: ID 15463042 | 05/01/2024 | 36 | $556,284.40 | Accept |
| Name on File: ID 15463048 | 05/14/2024 | 275 | $19,436,473.77 | Accept |
| Name on File: ID 15463079 | 05/13/2024 | 214 | $141,432.63 | Accept |
| Name on File: ID 15463050 | 05/01/2024 | 51 | $6,513,571.26 | Accept |
| Name on File: ID 15462991 | 05/15/2024 | 327 | $2,339,767.84 | Accept |
| Name on File: ID 15462961 | 05/10/2024 | 198 | $462,760.91 | Accept |
| Name on File: ID 15463046 | 05/01/2024 | 35 | $2,054,481.04 | Accept |
| Name on File: ID 15463108 | 05/15/2024 | 330 | $2,943,104.79 | Accept |
| Name on File: ID 15463058 | 05/07/2024 | 127 | $2,162,505.65 | Accept |
| Name on File: ID 15463051 | 05/07/2024 | 128 | $1,081,252.83 | Accept |
| Name on File: ID 15463057 | 05/07/2024 | 129 | $2,883,340.87 | Accept |

Exhibit 2

Class 4 Ballot Detail
(General Unsecured Claims - Lenders)

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Name on File: ID 15463052 | 05/07/2024 | 130 | $2,162,505.65 | Accept |
| Name on File: ID 15463056 | 05/07/2024 | 131 | $879,418.95 | Accept |
| Name on File: ID 15463060 | 05/07/2024 | 163 | $868,476.17 | Accept |
| Name on File: ID 15463061 | 05/07/2024 | 164 | $868,476.17 | Accept |
| Name on File: ID 15463059 | 05/07/2024 | 165 | $868,476.17 | Accept |
| Name on File: ID 15463062 | 05/07/2024 | 166 | $868,476.17 | Accept |
| Name on File: ID 15463063 | 05/07/2024 | 132 | $446,688.34 | Accept |
| Name on File: ID 15463064 | 05/07/2024 | 137 | $216,250.56 | Accept |
| Name on File: ID 15463054 | 05/07/2024 | 138 | $2,703,132.07 | Accept |
| Name on File: ID 15463053 | 05/07/2024 | 139 | $418,313.92 | Accept |
| Name on File: ID 15463065 | 05/07/2024 | 140 | $1,254,905.93 | Accept |
| Name on File: ID 15463055 | 05/07/2024 | 141 | $4,029,684.69 | Accept |
| Name on File: ID 15463024 | 05/06/2024 | 93 | $462,156.80 | Accept |
| Name on File: ID 15463023 | 05/06/2024 | 94 | $2,005,794.41 | Accept |
| Name on File: ID 15463100 | 05/15/2024 | 308 | $1,091,393.60 | Accept |
| Name on File: ID 15463066 | 05/01/2024 | 52 | $695,959.80 | Accept |
| Name on File: ID 15463067 | 05/01/2024 | 53 | $4,730,384.11 | Accept |
| Name on File: ID 15463068 | 05/01/2024 | 54 | $3,769,594.21 | Accept |
| Name on File: ID 15463069 | 05/01/2024 | 55 | $657,525.96 | Accept |
| Name on File: ID 15463070 | 05/01/2024 | 56 | $1,002,487.99 | Accept |
| Name on File: ID 15463080 | 05/13/2024 | 215 | $279,166.23 | Accept |
| Name on File: ID 15463081 | 05/13/2024 | 246 | $434,742.11 | Accept |
| Name on File: ID 15463082 | 05/13/2024 | 247 | $291,568.77 | Accept |
| Name on File: ID 15463083 | 05/13/2024 | 250 | $4,828,185.09 | Accept |
| Name on File: ID 15463084 | 05/13/2024 | 248 | $733,926.49 | Accept |
| Name on File: ID 15463085 | 05/13/2024 | 249 | $106,618.43 | Accept |
| Name on File: ID 15463098 | 05/13/2024 | 251 | $627,401.10 | Accept |
| Name on File: ID 15463086 | 05/13/2024 | 252 | $14,215,731.94 | Accept |
| Name on File: ID 15463087 | 05/13/2024 | 257 | $1,282,950.80 | Accept |
| Name on File: ID 15463088 | 05/13/2024 | 253 | $1,600,787.77 | Accept |
| Name on File: ID 15463089 | 05/13/2024 | 254 | $753,798.22 | Accept |
| Name on File: ID 15463090 | 05/13/2024 | 255 | $1,178,964.96 | Accept |

Class 4 Ballot Detail
(General Unsecured Claims - Lenders)

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Name on File: ID 15463091 | 05/13/2024 | 256 | $1,928,400.85 | Accept |
| Name on File: ID 15463092 | 05/13/2024 | 258 | $1,588,565.23 | Accept |
| Name on File: ID 15463093 | 05/13/2024 | 259 | $1,737,576.04 | Accept |
| Name on File: ID 15463103 | 05/28/2024 | 354 | $641,281.07 | Accept |
| Name on File: ID 15463104 | 05/28/2024 | 355 | $4,846,229.47 | Accept |
| Name on File: ID 15463097 | 05/13/2024 | 260 | $6,582,355.05 | Accept |
| Name on File: ID 15463026 | 05/06/2024 | 95 | $589,023.37 | Accept |
| Name on File: ID 15463034 | 05/06/2024 | 96 | $454,234.11 | Accept |
| Name on File: ID 15463033 | 05/06/2024 | 97 | $454,234.10 | Accept |
| Name on File: ID 15462978 | 05/15/2024 | 329 | $1,091,891.63 | Accept |
| Name on File: ID 15463016 | 05/06/2024 | 117 | $893,244.23 | Accept |
| Name on File: ID 15463105 | 05/30/2024 | 357 | $6,729,348.01 | Accept |
| Name on File: ID 15462979 | 05/15/2024 | 328 | $1,091,891.63 | Accept |
| Name on File: ID 15463008 | 04/30/2024 | 16 | $4,426,043.77 | Accept |
| Name on File: ID 15463011 | 05/10/2024 | 185 | $1,109,088.45 | Accept |
| Name on File: ID 15463012 | 05/10/2024 | 186 | $668,879.11 | Accept |
| Name on File: ID 15463047 | 05/01/2024 | 34 | $2,059,656.07 | Accept |
| Name on File: ID 15463028 | 05/06/2024 | 98 | $1,302,375.97 | Accept |
| Name on File: ID 15463106 | 05/01/2024 | 26 | $2,655,626.25 | Accept |
| Name on File: ID 15463031 | 05/06/2024 | 99 | $1,666,625.44 | Accept |
| Name on File: ID 15463036 | 05/06/2024 | 109 | $4,103,048.75 | Accept |
| Name on File: ID 15462967 | 05/15/2024 | 331 | $14,683,412.82 | Accept |
| Name on File: ID 15463039 | 05/06/2024 | 110 | $719,126.33 | Accept |
| Name on File: ID 15462996 | 05/07/2024 | 174 | $1,781,112.81 | Accept |
| Name on File: ID 15463020 | 05/06/2024 | 111 | $912,662.58 | Accept |
| Name on File: ID 15462977 | 05/15/2024 | 332 | $2,959,294.16 | Accept |
| Name on File: ID 15462981 | 05/15/2024 | 338 | $1,341,906.97 | Accept |
| Name on File: ID 15462982 | 05/15/2024 | 333 | $2,465,973.58 | Accept |
| Name on File: ID 15462972 | 05/15/2024 | 334 | $477,564.91 | Accept |
| Name on File: ID 15462970 | 05/15/2024 | 335 | $5,474,657.59 | Accept |
| Name on File: ID 15462971 | 05/15/2024 | 336 | $4,204,850.11 | Accept |
| Name on File: ID 15463094 | 05/13/2024 | 270 | $456,718.57 | Accept |
| Name on File: ID 15463015 | 05/06/2024 | 112 | $446,622.11 | Accept |
| Name on File: ID 15462980 | 05/15/2024 | 337 | $935,907.11 | Accept |
| Name on File: ID 15463107 | 05/23/2024 | 350 | $5,428,045.17 | Accept |
| Name on File: ID 15463040 | 05/06/2024 | 113 | $1,159,434.90 | Accept |
| Name on File: ID 15463095 | 05/13/2024 | 271 | $37,304.73 | Accept |
| Name on File: ID 15463096 | 05/13/2024 | 272 | $117,400.78 | Accept |

Class 4 Ballot Detail
(General Unsecured Claims)

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Anthony DeCarlo, individually and as Sellers Representative of former equity holders of IdeaStream Consumer Products, LLC | 06/07/2024 | 389 | $1.00 | Accept |
| ARI HOROWITZ | 06/04/2024 | 378 | $1.00 | Reject |
| Cecilio Musical Instruments, Inc., KK Music Store, Inc. Kenneth Khuong and Siufong Wu (represented by Vincent Y. Lin) | 06/03/2024 | 376 | $1.00 | Accept |
| Christine Benidt | 06/04/2024 | 382 | $1,000,000.00 | Reject |
| CORNICE VENTURES I LLC | 05/31/2024 | 387 | $1.00 | Reject |
| CORNICE VENTURES II LLC | 05/31/2024 | 368 | $1.00 | Reject |
| Custom Converting | 05/06/2024 | 118 | $195.10 | Accept |
| ESR, LLC | 05/06/2024 | 151 | $2,000,000.00 | Reject |
| Euler Hermes Agent for THRASIO, LLC | 05/21/2024 | 348 | $2,556.17 | Accept |
| Eurofins MTS Consumer Product Testing US, Inc. | 05/16/2024 | 339 | $16,976.00 | Accept |
| Fat Kid Deals, Inc. | 06/03/2024 | 367 | $1.00 | Reject |
| FDM | 06/03/2024 | 173 | $1.00 | Reject |
| Iszy, Inc. | 05/03/2024 | 119 | $1.00 | Reject |
| Joshua Silberstein | 06/03/2024 | 373 | $1.00 | Reject |
| Majmudar & Partners | 05/18/2024 | 344 | $456.67 | Accept |
| Mayfair Brands Limited | 06/05/2024 | 386 | $5,170,384.00 | Accept |
| Mellow Militia, LLC | 06/03/2024 | 375 | $1,800,000.00 | Accept |
| Meriplex Communications, LTD (Meriplex Solutions, LLC) | 05/31/2024 | 369 | $13,407.50 | Reject |
| Missouri Department of Revenue | 05/13/2024 | 219 | $13.04 | Reject |
| Missouri Department of Revenue | 05/13/2024 | 218 | $743.07 | Reject |
| Noventiz Dual GmbH | 05/08/2024 | 167 | $59,330.03 | Reject |
| Parker Management Company, LLC | 06/04/2024 | 351 | $225,000.00 | Accept |
| Sun Pleasure Co. Limited, a Hong Kong Limited Liability Company | 06/05/2024 | 385 | $7,472,892.35 | Accept |
| SWIFTLINE CORP. | 06/04/2024 | 379 | $1.00 | Reject |
| Taylor Franklin | 04/28/2024 | 12 | $2,500.00 | Accept |
| The California Beach Co., LLC | 06/03/2024 | 374 | $12,286,841.00 | Accept |
| TOMO MATSUO | 06/04/2024 | 380 | $1.00 | Reject |
| WILLIAM BO PEABODY | 06/04/2024 | 381 | $1.00 | Reject |
| Word Ape, LLC (represented by Keil A. Larsen) | 06/04/2024 | 377 | $1.00 | Accept |
| Your Home Goods, Inc. | 06/06/2024 | 388 | $1.00 | Accept |

# Exhibit B

Ballot Excluded from Tabulation

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote | Class | Reason Excluded |
|---|---|---|---|---|---|---|
| Cecilio Musical Instruments, Inc. | 05/02/2024 | 58 | $666,666.00 | Unacceptable | 4 General Unsecured Claims | Duplicative ballot |
| Kenco Logistics | 05/31/2024 | 371 | $144,470.81 | Abstain | 4 General Unsecured Claims | Abstained |
| Kenco Transportation Management, LLC | 05/31/2024 | 370 | $56,784.12 | Abstain | 4 General Unsecured Claims | Abstained |
| Oracle America, Inc. SII to NetSuite, Inc. | 05/31/2024 | 372 | $332,085.72 | Abstain | 4 General Unsecured Claims | Abstained |

# Exhibit C

Exhibit

Opt-Out Summary

(Filed and Scheduled Claims)

| Creditor Name | Date Received | Ballot No. | Class | Opt Out of Release |
|---|---|---|---|---|
| Anthony DeCarlo, individually and as Sellers Representative of former equity holders of IdeaStream Consumer Products, LLC | 06/07/2024 | 389 | 4 General Unsecured Claims | Yes |
| ARI HOROWITZ | 06/04/2024 | 378 | 4 General Unsecured Claims | Yes |
| Cecilio Musical Instruments, Inc. | 05/02/2024 | 58 | 4 General Unsecured Claims | Yes |
| Christine Benidt | 06/04/2024 | 382 | 4 General Unsecured Claims | Yes |
| CORNICE VENTURES I LLC | 05/31/2024 | 387 | 4 General Unsecured Claims | Yes |
| CORNICE VENTURES II LLC | 05/31/2024 | 368 | 4 General Unsecured Claims | Yes |
| ESR, LLC | 05/06/2024 | 151 | 4 General Unsecured Claims | Yes |
| Fat Kid Deals, Inc. | 06/03/2024 | 367 | 4 General Unsecured Claims | Yes |
| Iszy, Inc. | 05/03/2024 | 119 | 4 General Unsecured Claims | Yes |
| Joshua Silberstein | 06/03/2024 | 373 | 4 General Unsecured Claims | Yes |
| Kenco Logistics | 05/31/2024 | 371 | 4 General Unsecured Claims | Yes |
| Kenco Transportation Management, LLC | 05/31/2024 | 370 | 4 General Unsecured Claims | Yes |
| Mayfair Brands Limited | 06/05/2024 | 386 | 4 General Unsecured Claims | Yes |
| Mellow Militia, LLC | 06/03/2024 | 375 | 4 General Unsecured Claims | Yes |
| Meriplex Communications, LTD (Meriplex Solutions, LLC) | 05/31/2024 | 369 | 4 General Unsecured Claims | Yes |
| Missouri Department of Revenue | 05/13/2024 | 219 | 4 General Unsecured Claims | Yes |
| Missouri Department of Revenue | 05/13/2024 | 218 | 4 General Unsecured Claims | Yes |
| Oracle America, Inc. SII to NetSuite, Inc. | 05/31/2024 | 372 | 4 General Unsecured Claims | Yes |
| Sun Pleasure Co. Limited, a Hong Kong Limited Liability Company | 06/05/2024 | 385 | 4 General Unsecured Claims | Yes |
| SWIFTLINE CORP. | 06/04/2024 | 379 | 4 General Unsecured Claims | Yes |
| TOMO MATSUO | 06/04/2024 | 380 | 4 General Unsecured Claims | Yes |
| WILLIAM BO PEABODY | 06/04/2024 | 381 | 4 General Unsecured Claims | Yes |
| Your Home Goods, Inc. | 06/06/2024 | 388 | 4 General Unsecured Claims | Yes |
| Amanda Quigley | 05/03/2024 | 65 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Ari Horowitz | 05/31/2024 | 358 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Caroline Lippman | 05/14/2024 | 273 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Casey Martin | 05/02/2024 | 64 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Christyne J Vachon | 05/18/2024 | 342 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Corner TIO V Ltd. | 05/31/2024 | 364 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Damir Puraj | 04/25/2024 | 10 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Darlene Segura-Ocampo | 05/01/2024 | 27 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Erica Reid | 06/03/2024 | 365 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Evan Stafford | 05/10/2024 | 187 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Hal Muchnick | 04/24/2024 | 6 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Hanane Arifi | 05/06/2024 | 103 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Harlan Holdings LLC | 05/01/2024 | 24 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Harlan Special Opportunities Fund III LP | 05/01/2024 | 23 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Harlan Special Opportunities Fund IV LP | 05/01/2024 | 22 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Harlan Thrasio SPV LP | 05/01/2024 | 20 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| John Vicidomino | 05/10/2024 | 175 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Jonathan Healey | 05/05/2024 | 66 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Joshua D. Harlan | 05/01/2024 | 19 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Karen Chiba | 04/22/2024 | 3 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Katherine Golob | 05/06/2024 | 152 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Kristin Dupre | 05/10/2024 | 176 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Lars Heinemann | 04/22/2024 | 2 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Leah Patel | 05/06/2024 | 102 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Leonard Harlan Revocable Trust | 05/01/2024 | 17 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Marina Phommavong | 05/01/2024 | 41 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Meya Laraqui | 05/06/2024 | 69 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Nathan Reid | 06/03/2024 | 363 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Nicos Vekiarides | 04/22/2024 | 1 | Impaired Class 5 - Class 11 Stock Interests | Yes |

Opt-Out Summary
(Filed and Scheduled Claims)

| Creditor Name | Date Received | Ballot No. | Class | Opt Out of Release |
|---|---|---|---|---|
| Pacific Premier Trust, Custodian, FBO Joshua D. Harlan Roth IRA | 05/01/2024 | 18 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Pacific Premier Trust, Custodian, FBO Leonard M. Harlan Roth IRA | 05/01/2024 | 21 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Robb Green | 05/17/2024 | 340 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Scott Bregante | 06/03/2024 | 366 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Steve B. Benak 1999 Trust u/d/t March 30, 1999 | 05/17/2024 | 341 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| SWIFTLINE CORP. | 06/04/2024 | 359 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Tamara Noiman | 04/22/2024 | 4 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| TOMO MATSUO | 05/31/2024 | 360 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Tomoaki Matsuo | 05/31/2024 | 362 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Vigil Kumar | 04/23/2024 | 7 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| William S Bo Peabody | 05/31/2024 | 361 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| Yiran Sun | 05/12/2024 | 212 | Impaired Class 5 - Class 11 Stock Interests | Yes |
| | | | | |
| Damir Puraj | 04/25/2024 | 11 | Unimpaired Class 1 (Other Secured) and Class 2 (Other Priority) | Yes |
| Roanoke Insurance Group Inc | 05/08/2024 | 172 | Unimpaired Class 1 (Other Secured) and Class 2 (Other Priority) | Yes |