**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
anup.sathy@kirkland.com

-and-

Matthew C. Fagen, P.C. (admitted *pro hac vice*)
Francis Petrie (admitted *pro hac vice*)
Evan Swager (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
matthew.fagen@kirkland.com
francis.petrie@kirkland.com
evan.swager@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Jacob S. Frumkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
jfrumkin@coleschotz.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| THRASIO HOLDINGS, INC., *et al.*, | Case No. 24-11840 (CMG) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**TO BE HEARD ON JUNE 10, 2024, AT 10:00 AM (ET)**

To:     All Parties Receiving Electronic Notification of Filing
        via the Court's CM/ECF System

---

[1]     The last four digits of Debtor Thrasio Holdings, Inc.'s tax identification number are 8327.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/Thrasio.  The Debtors' service address for purposes of these chapter 11 cases is 85 West Street, 3rd Floor, Walpole, MA, 02081.

**PLEASE TAKE NOTICE** that the following matters are currently scheduled to be heard on **June 10, 2024, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Judge Christine M. Gravelle.

**PLEASE TAKE FURTHER NOTICE** that parties intending to attend virtually may participate via Zoom using the information on **Schedule 1**, annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that Parties wishing to attend virtually and be heard must submit a request for "Presenter Status" in advance of the hearing to Chambers_of_CMG@njb.uscourts.gov and provide the following information: (i) name of presenter; (ii) email address of presenter; and (iii) presenter's affiliation with the case and/or what party or interest the presenter represents.

**MATTERS GOING FORWARD**

I. Confirmation Hearing Related to the First Amended Joint Plan of Reorganization of Thrasio Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code

　1. Related Documents:

　　A. Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 40]

　　B. Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 398]

　　C. Notice of Filing of Plan Supplement [Docket No. 806]

　　D. Notice of Filing of Settlement Term Sheet as Exhibit H to the Plan Supplement [Docket No. 818]

　　E. Recommendation of the Official Committee of Unsecured Creditors to Vote and Accept the Amended Plan [Docket No. 758]

　　F. First Amended Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1066]

　　G. Notice of Filing of First Amended Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1067]

H. First Amended Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications) [Docket No. 1102]

I. First Amended Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Further Technical Modifications) [Docket No. 1112]

J. Notice of Filing First Amended Plan Supplement [Docket No. 1103]

K. Declaration of Terrence F. Grossman, Bankruptcy Administration Officer of Thrasio Holdings, Inc., in Support of Confirmation of the First Amended Joint Plan of Reorganization of Thrasio Holdings, inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1068]

L. Declaration of Whit Graham in Support of Confirmation of the First Amended Joint Plan of Reorganization of Thrasio Holdings, Inc., and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1069]

M. Declaration of Anthony R. Horton in Support of Confirmation of the First Amended Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1070]

N. Declaration of James Lee With Respect to the Tabulation of Votes on the Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1100]

O. Debtors' Memorandum of Law in Support of an Order Confirming the First Amended Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1101]

P. Proposed Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1107]

2. Responses/Objections:

A. ESR, LLC's Objection to Disclosure Statement for the Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 269] (the "ESR Objection")

B. Joinder of The PIC20 Group in ESR, LLC's Objection to Disclosure Statement for the Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 350] (the "PIC20 Joinder")

C. Objection of the United States Trustee to the First Amended Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1073]

D. Limited Objection of Joshua Silberstein to the Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1074]

E. Supplemental Objection and Brief in Support of the Bristols 6 Parties to Confirmation of the Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to Autumn Ideas, Inc. [Filed Under Seal] (the "Bristols 6 Objection")

F. Declaration of Christine Benidt in Support of the Supplemental Objection of the Bristols 6 Parties to Confirmation of the Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to Autumn Ideas, Inc. [Filed Under Seal]

G. Declaration of Anne Eberhardt in Support of Bristols 6 Parties' Objection to Confirmation of Debtors' Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed Under Seal]

H. Declaration of Edward T. Gavin, CTP, NCPM in Support of the Supplemental Objection of the Bristols 6 Parties to Confirmation of the Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to Autumn Ideas, Inc. [Filed Under Seal]

**Status: The ESR Objection, PIC20 Joinder, and Bristols 6 Objection have been resolved. This matter is going forward with permission of the Court in all other respects.**

II. Motion for Entry of an Order (I) Authorizing the Bristols 6 Parties to File Under Seal Their Supplemental Objection and Brief in Support of the Bristols 6 Parties to Confirmation of the Joint Plan of Reorganization of Thrasio Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to Autumn Ideas, Inc., and Supporting Declarations [Docket No. 1072]

1. Related Documents:

A. Application for Order Shortening Time for Hearing on the Motion for Entry of an Order (I) Authorizing the Bristols 6 Parties to File Under Seal Their Supplemental Objection and Brief in Support of the Bristols 6 Parties to Confirmation of the Joint Plan of Reorganization of Thrasio Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to Autumn Ideas, Inc., and Supporting Declarations and (II) Granting Related Relief [Docket No. 1076]

B. Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 1078]

**Status**:  **This matter has been resolved by the parties.**

III.  Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain Existing Business Forms, and (IV) Perform Intercompany Transactions [Docket No. 4]

Related Documents:

   A.  Declaration of Josh Burke, Chief Financial Officer of Thrasio Holdings, Inc., in Support of First Day Motions [Docket No. 38]

   B.  Interim Order Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain Existing Business Forms, and (IV) Perform Intercompany Transactions [Docket No. 67]

   C.  Second Interim Order Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain Existing Business Forms, and (IV) Perform Intercompany Transactions [Docket No. 293]

   D.  Third Interim Order Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain Existing Business Forms, and (IV) Perform Intercompany Transactions [Docket No. 697]

   E.  Fourth Interim Order Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain Existing Business Forms, and (IV) Perform Intercompany Transactions [Docket No. 799]

   F.  Fifth Interim Order Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain Existing Business Forms, and (IV) Perform Intercompany Transactions [Submitted to Chambers]

**Status**:  **This matter is going forward with permission of the Court.**

IV.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of the Debtors' 30 Largest Unsecured Creditors, (B) File a Consolidated List of Creditors In Lieu of Submitting a Separate Mailing Matrix for Each Debtor, and (C) Redact Certain Personally Identifiable Information, (II) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information, and (III) Waiving the Requirement to File a List of Equity Security Holders [Docket No. 14]

Related Documents:

A. Declaration of Josh Burke, Chief Financial Officer of Thrasio Holdings, Inc., in Support of First Day Motions [Docket No. 38]

B. Interim Order (I) Authorizing the Debtors to (A) File a Consolidated List of the Debtors' 30 Largest Unsecured Creditors, (B) File a Consolidated List of Creditors In Lieu of Submitting a Separate Mailing Matrix for Each Debtor, and (C) Redact Certain Personally Identifiable Information, (II) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information, and (III) Waiving the Requirement to File a List of Equity Security Holders [Docket No. 80]

**Status**: **This matter is going forward with permission of the Court.**

V. Debtors' First Omnibus Motion for Entry of an Order Authorizing (I) Rejection of Certain Executory Contracts and Unexpired Leases and (II) Abandonment of Certain Personal Property, if Any, Each Effective as of the Rejection Date [Docket No. 107]

Related Documents:

A. Declaration of Josh Burke, Chief Financial Officer of Thrasio Holdings, Inc., in Support of First Day Motions [Docket No. 38]

B. Order Authorizing (I) Rejection of Certain Executory Contracts and Unexpired Leases and (II) Abandonment of Any Personal Property, Each Effective as of the Rejection Date [Docket No. 294]

Responses Received:

A. Limited Objection of Two Friends Realty LLC in Response to Debtors' First Omnibus Motion for Entry of an Order Authorizing (I) Rejection of Certain Executory Contracts and Unexpired Leases and (II) Abandonment of Certain Personal Property, if Any, Each Effective as of the Rejection Date [Docket No. 200]

B. Bristol 6 Parties' Objection to Debtors' First Omnibus Motion for Entry of an Order Authorizing (I) Rejection of Certain Executory Contracts and Unexpired Leases and (II) Abandonment of Certain Personal Property, if Any, Each Effective as of the Rejection Date [Docket No. 257]

**Status**: **This matter has been resolved.**

VI. Debtors' Motion for Entry of an Order Enlarging the Period Within Which the Debtors May Remove Actions [Docket No. 763]

**Status**: **This matter is going forward.**

Dated:  June 10, 2024

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Jacob S. Frumkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:        msirota@coleschotz.com
                   wusatine@coleschotz.com
                   fyudkin@coleschotz.com
                   jfrumkin@coleschotz.com


**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
anup.sathy@kirkland.com

-and-

Matthew C. Fagen, P.C. (admitted *pro hac vice*)
Francis Petrie (admitted *pro hac vice*)
Evan Swager (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
matthew.fagen@kirkland.com
francis.petrie@kirkland.com
evan.swager@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

7

## Schedule 1

### Zoom Information

Join ZoomGov Meeting
https://njb-
uscourts.zoomgov.com/j/1601326266?pwd=T3ZPTWRJWDE5VUlVMld2Y2d2UWE1UT09

Meeting ID: 160 132 6266
Passcode: 129833

---

One tap mobile
+16692545252,,1601326266#,,,,*129833# US (San Jose)
+16468287666,,1601326266#,,,,*129833# US (New York)

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)
• +1 646 964 1167 US (US Spanish Line)
• +1 415 449 4000 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)
• +1 669 216 1590 US (San Jose)

Meeting ID: 160 132 6266
Passcode: 129833

Find your local number: https://njb-uscourts.zoomgov.com/u/ac4PJcsYnv

---

Join by SIP
• 1601326266@sip.zoomgov.com

---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 160 132 6266
Passcode: 129833